J.T. BROWN, Plaintiff-Respondent-Petitioner,

v.

Louis MAXEY, d/b/a Apollo Village and State Farm Fire & Casualty Company, Defendants-Appellants.

Supreme Court

*No. 83-2325. Filed September 23, 1985.*

(Also reported in 373 N.W.2d 672.)

STEINMETZ, J., dissents.

PER CURIAM *(On motion for reconsideration).* The motion for reconsideration is denied, with costs.

STEINMETZ, J., dissents.